IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL LUESSE,<br><br>            Plaintiff,<br><br>v.<br><br>ROSIE RIVERA et al.,<br><br>            Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-232-TS<br><br>District Judge Ted Stewart |

    Plaintiff has not responded to the Court's June 16, 2020 order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit his certified six-month inmate account statement.

    IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED. This action is CLOSED.

    DATED this 17th day of September, 2020.

BY THE COURT:

_____
TED STEWART
United States District Judge